UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET PATENTS CORPORATION, f/k/a INSWEB CORPORATION, | CASE NO.: 12-cv-05036-YGR |
| Plaintiff, | **ORDER VACATING APRIL 2, 2013 HEARING ON MOTION TO DISMISS COMPLAINT** |
| vs. | |
| THE GENERAL AUTOMOBILE INSURACE SERVICES, INC., d/b/a THE GENERAL, PERMANENT GENERAL ASSURANCE CORPORATION, and PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, | |
| Defendants. | |

The Court has reviewed the papers submitted by the parties in connection with Defendants' Motion to Dismiss Complaint and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. Accordingly, the hearing set for April 2, 2013 is hereby **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: April 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**